AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARIO CASTILLO CARTAGENA-CASTILLO | CASE NUMBER: 08CR0816-H |

I, <u>MARIO CASTILLO CARTAGENA-CASTILLO</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  3/20/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X  *Mario Cartagena-C*
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER